113 So.2d 534

**STATE of Alabama**

v.

**C. J. SULLIVAN.**

**3 Div. 793.**

Supreme Court of Alabama.

June 25, 1959.

John Patterson, Atty. Gen., and Willard W. Livingston, Asst. Atty. Gen., for appellant.

Ball & Ball and John R. Matthews, Jr., Montgomery, for appellee.

COLEMAN, Justice.

The facts in this case are, in legal effect, identical with the facts of the second aspect considered in State of Alabama v. Helburn Company, Inc., Ala., 111 So.2d 912,[1] and, on that authority, the decree appealed from in the instant case is due to be and is affirmed.

Affirmed.

LAWSON, STAKELY, and MERRILL, JJ., concur.